UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPTH ENGINEERING SOLUTIONS, LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> *Defendant*. | Civil Action No. 1:19-cv-02575 (CJN) |

## ORDER

Upon consideration of Defendant's Consent Motion for Stay of These Proceedings, Dkt. 5, it is hereby **ORDERED** that the Motion is **GRANTED** and that this case is **STAYED.**

It is further **ORDERED** that the Parties shall file a Joint Status Report and proposed schedule for further proceedings, including a recommendation on whether the Court should continue the stay of proceedings, on or before February 20, 2020.

DATE: October 25, 2019

CARL J. NICHOLS
United States District Judge